IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WOLF CREEK RAILROAD LLC,

     Plaintiff,

v.                                                                    Case No. 1:24-cv-01242-JDB-jay

AMERICAN ORDNANCE LLC,

     Defendant.
_____

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS
_____

     Before the Court is the February 14, 2025, motion of the Defendant, American Ordnance LLC, to dismiss the original complaint in this matter.  (Docket Entry ("D.E.") 32.)  On March 7, 2025, the Plaintiff, Wolf Creek Railroad LLL, filed an amended complaint.  (D.E. 33.)  "As a general matter, an amended complaint supersedes the original complaint, thus making the motion to dismiss the original complaint moot."  *Green v. Mason*, 504 F. Supp. 3d 813, 826 (S.D. Ohio 2020) (internal quotation marks omitted).  Accordingly, the pending motion to dismiss is DENIED as moot without prejudice to refiling.

     IT IS SO ORDERED this 11th day of March 2025.

                        /s J. DANIEL BREEN
                        UNITED STATES DISTRICT JUDGE